TENNANT, WALKER & CO. v. RICHARD SKINNER.

(No. 691, Op. Book No. 3, p. 428.)

APPEAL from Grayson County.   Opinion by CLARK, J.

§ 78. *Sale of goods; test of completion of, in case of conversion.* The true test to apply in determining the ownership of goods, at the date of their conversion, is to ascertain at whose risk the property then was.   In case of the loss of the goods, by fire or otherwise, he who would have to sustain such loss would be the owner of them [Woods v. Half, 44 Tex. 633], and would be entitled to recover in an action for their conversion.

June 12, 1880.    Affirmed.